UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Theresa Ingram, | Case No. 2:24-cv-02253-CDS-BNW |
| Plaintiff | **Order Adopting Magistrate Judge's Report and Recommendation and Closing Case** |
| v. | |
| Las Vegas Metropolitan Police Department, et al., | [ECF No. 7] |
| Defendants | |

United States Magistrate Judge Brenda Weksler issued a report and recommendation (R&R) that the complaint in this action be dismissed without leave to amend after screening the complaint pursuant to 28 U.S.C. § 1915. R&R, ECF No. 7. Judge Weksler determined that Ingram failed to state a claim upon which relief could be granted because her claims allege violations of various federal and state criminal statutes which did not give rise to private rights of civil action. *Id.* at 2–3. Ingram had until December 31, 2024, to lodge any objections to the R&R. *See id.* at 4; *see also* LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days); 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, Ingram has not objected to the recommendation, nor has she requested more time to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Because no objection has been filed, I adopt the R&R in full and dismiss the complaint without leave to amend.

Conclusion

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation [ECF No. 7] **is adopted** in its entirety. This action is dismissed without leave to amend.

The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: January 6, 2024

_____
Cristina D. Silva
United States District Judge